**ORIGINAL**

# In the United States Court of Federal Claims

No. 18-63 C

**MITCHELL T. TAEBEL**

**FILED**
JAN 2 6 2018
U.S. COURT OF
FEDERAL CLAIMS

v.

**JUDGMENT**

**UNITED STATES**

Pursuant to the court's Order, filed January 26, 2018,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed, without prejudice, for lack of subject matter jurisdiction.

Lisa L. Reyes
Clerk of Court

**January 26, 2018**            By: *Debra L. Santor*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.